MIP

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Ruben MARTINEZ-Solano,<br><br>    Defendant | Magistrate Docket No. '07 MJ 2289<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **September 22, 2007** within the Southern District of California, defendant, **Ruben MARTINEZ-Solano**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24th DAY OF **SEPTEMBER, 2007**

Anthony J. Battaglia
UNITED STATES MAGISTRATE JUDGE



CONTINUATION OF COMPLAINT:
Ruben MARTINEZ-Solano

## PROBABLE CAUSE STATEMENT

On September 22, 2007, Border Patrol Agent J. Stephenson was patrolling an area known as Mine Canyon, near Dulzura, California. This area is approximately one mile north and twelve miles east of the Otay Mesa, California Port of Entry. Illegal aliens making their way north into the United States after illegally crossing the International Border commonly use this area.

At approximately 3:30 PM, Agent Stephenson responded to seismic intrusion device activation. Upon arriving at the location of the activation Agent Stephenson observed two individuals hiding in a bush on the east side of the canyon about fifty yards east of the trail. Agent Stephenson identified himself as a Border Patrol Agent and questioned them as to their citizenship and immigration status. One subject, later identified as the defendant **Ruben MARTINEZ-Solano** admitted that he is a citizen of Mexico. He also stated that he was born in Mexico and was not in possession of any U.S. Immigration documents that would allow him to enter into or remain in the United States legally. The defendant was arrested and transported to the U.S. Border Patrol Highway 94 checkpoint for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 21, 2005** through **Paso Del Norte Port Of Entry, El Paso Texas.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.