AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 07MJ2289

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RUBEN MARTINEZ-SOLANO

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/27/2007 | s/ HEATHER R. ROGERS |
| Date | Signature |
| | Heather R. Rogers / Federal Defenders of SD    229519 |
| | Print Name                 Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City     State     Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number         Fax Number |