AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RUBEN MARTINEZ-SOLANO | CASE NUMBER: 07CR2907-JM |

I, <u>RUBEN MARTINEZ-SOLANO</u>, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __10/18/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Ruben Martinez
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
OCT 18 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY